**Writ of Mandamus Denied, Opinion Filed January 14, 2013**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-13-00037-CV

---

## IN RE RED FROG EVENTS, LLC, Relator

On Original Proceeding from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-11-02639-A

### OPINION
Before Justices Moseley, Francis and Fillmore
Opinion by Justice Fillmore

In this original mandamus proceeding, relator contends the trial court abused its discretion by compelling relator to produce documents relator asserts are irrelevant, overbroad, and not reasonably calculated to lead to admissible evidence. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude the trial court did not abuse its discretion by compelling production of the documents. *See* TEX. R. APP. P. 52.8(a); *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding); *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding).

We **DENY** relator's petition for writ of mandamus.

_____
ROBERT M. FILLMORE
JUSTICE

130037F.P05